# AGENT AUTHORIZATION

I, Darrell J. Plummer, Jr., do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $4,567.13 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney.

Dated: 2-12-2010
2-20-2010

Signed: *Darrell J. Plummer, Jr.*
Darrell J. Plummer, Jr.

********************************************************************************

## NOTARY ACKNOWLEDGMENT

State of Maryland, County of ~~Howard~~ Baltimore

ACKNOWLEDGED before me on this date 2-20-2010, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

NOTARY PUBLIC
My commission expires 2/15/13

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

| | |
|---|---|
| IN RE:<br><br>　　Marshall Rief<br><br>　　　　　Creditor(s) | *<br>*　Case No. 05-36514<br>*<br>*　AFFIDAVIT FOR<br>*　REIMBURSEMENT OF<br>*　UNCLAIMED DIVIDEND<br><br>SSN: 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 |

I, <u>Darrell J. Plummer, Jr.,</u> being duly sworn, deposes and says that I am the claimant in the above named case.

Darrell J. Plummer, Jr. was the duly adjudged claimant and that said claimant duly filed her claim, which was thereafter duly allowed.

　　Dividends amounting to the sum of $4,567.13 remain unpaid.

　　That the said claim has not been sold or assigned, and that it is still the property of deponent.

　　It is therefore requested that the Clerk of the Court pay to Darrell J. Plummer, Jr. in the amount of $4,567.13

_Darrell Plummer Jr._
Signature

SUBSCRIBED AND SWORN to before me in the State of _Maryland_, County of _Balto. City_ this _2nd_ day of _March_, 2010,

_[signature]_
Notary Public

My commission expires on _1/15/13_

Affix Seal or Stamp

