

**MENU.EXE**

UNCLAIMED FUNDS

Case Number....: 05-36514        DIV: 4          TOT:      45,671.24
Debtor.........: MARSHALL RIEF                    PD :          0.00
First..........:              Middle:             BAL:      45,671.24

Rec Number      Date          Amount        Account       Code
40074103    01/21/2010      45,671.24       6047BK        UC

Name        Name...: Darrell J. Plummer, Jr.                    nt
Stepha      First..:              Middle:                        K
April                                                            K
Avon S      Address: c/o Saul E. Kerpelman, Esq.                K
Darrel               10 N. Calvert Street                       K
Irene                Suite 600                                   K
Genia       City...: Baltimore              State: MD           K
Tina G      Zip....: 21202     Country:            Acct. 6047BK K
Wayne       Amount.:      4,562.13    Voucher       Paid        K
Sean C                                                          K
Antwan                                                          K

Edit  Add  Delete  View  Mark √  Notes  SF1166  Quit

Printed: 01/19/10 02:31 PM

**Stale Check Report**

Page: 1

**Trustee:** Zvi Guttman, Trustee (400310)
**Case:** 05-36514-JS - RIEF, MARSHALL

| Account No. 312-1099470-66 | Check No. 158 | Issued 01/19/10 | | Payee Clerk, United States Bankruptcy Court | | | | | Check Amount $45,671.24 |
|---|---|---|---|---|---|---|---|---|---|
| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment | |
| 14 | 124 | 06/02/06 | 610 | Baker, Stephan W. c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.13 | 4,567.13 | |
| 17 | 127 | 06/02/06 | 610 | Vance, April N. c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.13 | 4,567.13 | |
| 20 | 130 | 06/02/06 | 610 | Scott, Avon c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.13 | 4,567.13 | |
| 21 | 131 | 06/02/06 | 610 | Plummer, Darrell J., Jr., c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.13 | 4,567.13 | |
| 23 | 133 | 06/02/06 | 610 | Lemon, Irene c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.12 | 4,567.12 | |
| 26 | 136 | 06/02/06 | 610 | Dashiell, Genia D. c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.12 | 4,567.12 | |
| 28 | 138 | 06/02/06 | 610 | Franklin, Antwan N. c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.12 | 4,567.12 | |
| 29 | 139 | 06/02/06 | 610 | Glover, Tina c/o Saul E. Kerpelman, Esq. 10 N. Calvert Street, Suite 600 Baltimore, MD 21202 | 5,000,000.00 | 3,514,421.09 | 4,567.12 | 4,567.12 | |

(*) Denotes objection to Amount Filed

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In re: RIEF, MARSHALL | § Case No. 05-36514-JS |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zvi Guttman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,204,679.42 | Assets Exempt: $644,564.42 |
| Total Distribution to Claimants: $203,537.03 | Claims Discharged Without Payment: 156,188,501.48 |
| Total Expenses of Administration: $156,965.17 | |

3) Total gross receipts of $ 413,914.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 53,412.61 (see **Exhibit 2**), yielded net receipts of $360,502.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $291.000.00 | $462,832.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 156,965.17 | 156,965.17 | 156.965.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 617.000.00 | 162,849,911.57 | 156,392,038.51 | 203,537.03 |
| **TOTAL DISBURSEMENTS** | $908,000.00 | 163,469,709.39 | 156,549,003.68 | $360,502.20 |

4) This case was originally filed under Chapter 7 on October 12, 2005. . The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury. that the foregoing report is true and correct.

Dated: 02/16/2010 _____ By: /s/Zvi Guttman, Trustee _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-36514-JS |
| Case Name: | RIEF, MARSHALL |
| Taxpayer ID #: | 13-7577770 |
| Period Ending: | 02/16/10 |

| | |
|---|---|
| Trustee: | Zvi Guttman, Trustee (400310) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****70-66 - Checking Account |
| Blanket Bond: | $2,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/10 | 127 | Vance, April N. c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 17 | 7100-000 | | -4,567.13 | 9,134.26 |
| 01/19/10 | 130 | Scott, Avon c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 20 | 7100-000 | | -4,567.13 | 13,701.39 |
| 01/19/10 | 131 | Plummer, Darrell J., Jr., c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 21 | 7100-000 | | -4,567.13 | 18,268.52 |
| 01/19/10 | 133 | Lemon, Irene c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 23 | 7100-000 | | -4,567.12 | 22,835.64 |
| 01/19/10 | 136 | Dashiell, Genia D. c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 26 | 7100-000 | | -4,567.12 | 27,402.76 |
| 01/19/10 | 138 | Franklin, Antwan N. c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 28 | 7100-000 | | -4,567.12 | 31,969.88 |
| 01/19/10 | 139 | Glover, Tina c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 29 | 7100-000 | | -4,567.12 | 36,537.00 |
| 01/19/10 | 141 | Hall Wayne R. c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 31 | 7100-000 | | -4,567.12 | 41,104.12 |
| 01/19/10 | 143 | Caldwell, Sean c/o Saul E. Kerpelman, Esq. | Stopped: check issued on 10/20/09 Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 33 | 7100-000 | | -4,567.12 | 45,671.24 |
| 01/19/10 | 158 | Clerk, United States Bankruptcy Court | Stopped: check issued on 10/20/09 REISSUED CHECK FROM STALE CHECK PROCESSING | | 45,671.24 | | 0.00 |
| | | Baker, Stephan W. c/o Saul E. Kerpelman, Esq. | Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 14 | 4,567.13 | 7100-001 | | 0.00 |
| | | Vance, April N. c/o Saul E. Kerpelman, Esq. | Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 17 | 4,567.13 | 7100-001 | | 0.00 |
| | | Scott, Avon c/o Saul E. Kerpelman, Esq. | Dividend Paid:  0.12% on $3,514,421.09 Claim No.: 20 | 4,567.13 | 7100-001 | | 0.00 |

Subtotals :                    $0.00          $4,567.13

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

Case Number: 05-36514-JS  
Case Name: RIEF, MARSHALL

Trustee: Zvi Guttman, Trustee (400310)  
Bank Name: JPMORGAN CHASE BANK. N.A.  
Account: ***-*****70-66 - Checking Account  

Taxpayer ID #: 13-7577770  
Period Ending: 02/16/10

Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Plummer, Darrell J., Jr., c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 21 | 4,567.13 | 7100-001 | | | 0.00 |
| | | Lemon, Irene c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 23 | 4,567.12 | 7100-001 | | | 0.00 |
| | | Dashiell, Genia D. c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 26 | 4,567.12 | 7100-001 | | | 0.00 |
| | | Franklin, Antwan N. c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 28 | 4,567.12 | 7100-001 | | | 0.00 |
| | | Glover, Tina c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 29 | 4,567.12 | 7100-001 | | | 0.00 |
| | | Hall Wayne R. c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 31 | 4,567.12 | 7100-001 | | | 0.00 |
| | | Caldwell, Sean c/o Saul E. Kerpelman, Esq. | Dividend Paid: 0.12% on $3,514,421.09 Claim No.: 33 | 4,567.12 | 7100-001 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 360,088.10 | 360,088.10 | $0.00 |
| Less: Bank Transfers | 360,088.10 | 0.00 | |
| Subtotal | 0.00 | 360,088.10 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $360,088.10 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****70-19 | 680.43 | 0.00 | 0.00 |
| CD # ***-*****70-20 | 132.64 | 0.00 | 0.00 |
| MMA # ***-*****70-65 | 413,101.74 | 414.10 | 0.00 |
| Checking # ***-*****70-66 | 0.00 | 360,088.10 | 0.00 |
| | $413,914.81 | $360,502.20 | $0.00 |

{} Asset reference(s)

Printed: 02/16/2010 05:04 PM    V.11.54

# United States Bankruptcy Court
# Maryland

| Creditor Last Name | Case Number | Debtor Last Name | Amount |
|---|---|---|---|
| Antwan Franklin | 05-36514 | Marshall Rief | 4567.12 |
| April N. Vance | 05-36514 | Marshall Rief | 4567.13 |
| Avon Scott | 05-36514 | Marshall Rief | 4567.13 |
| Darrell J. Plummer, Jr. | 05-36514 | Marshall Rief | 4567.13 |
| Genia D. Dashiell | 05-36514 | Marshall Rief | 4567.12 |
| Irene Lemon | 05-36514 | Marshall Rief | 4567.12 |
| Sean Caldwell | 05-36514 | Marshall Rief | 4567.12 |
| Stephan W. Baker | 05-36514 | Marshall Rief | 4567.13 |
| Tina Glover | 05-36514 | Marshall Rief | 4567.12 |
| Wayne R. Hall | 05-36514 | Marshall Rief | 4567.12 |

Return to Previous Screen

**VANCE, APRIL N**
2849 PELHAM AVE
BALTIMORE, MD 21213

(24754141)
(cr)

**SCOTT, AVON**
7216 MCCLEAN BLVD
BALTIMORE, MD 21234

(24752393)
(cr)

**PLUMMER, DARRELL**
909 N CARROLTON AVE
BALTIMORE, MD 21217

(24751343)
(cr)

**LEMMON, IRENE**
48 N MONASTERY AVE
BALTIMORE, MD 21229

(24749118)
(cr)

**LEMMON, IRENE**
1926 W FAYETTE ST
BALTIMORE, MD 21223

(24749117)
(cr)

**HALL, WAYNE**
c/o LESLIE HALL
918 6TH AVE
MIDDLETON, OH 45044

(24746588)
(cr)

**DASHIELL, GENICE**
c/o NICOLE WILSON
1617 MORELAND AVE
BALTIMORE, MD 21216

(24744546)
(cr)

**BAKER, STEPHON**
3827 WHITE AVE
BALTIMORE, MD 21206

(24742112)
(cr)

**CALDWELL JR, SEAN**
c/o KETRICK BARROW
8009 MANDAN RD
GREENBELT, MD 20770

(24743493)
(cr)

**FRANKLIN, ANTAWN**
c/o JOETTE FRANKLIN
2843 PELHAM AVE
BALTIMORE, MD 02121

(24745719)
(cr)

**FRANKLIN, ANTAWN**
c/o SONIA FRANKLIN
4109 GLADDEN AVE
BALTIMORE, MD 21213

(24745720)
(cr)

| Creditor:        (23944630)<br>Saul E. Kerpelman, Esq.<br>10 N. Calvert Street, Suite 600<br>Baltimore, MD 21202 | Claim No: 21<br>*Original Filed<br>Date:* 06/02/2006<br>*Original Entered<br>Date:* 06/06/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* Meany, T<br>*Modified:* |
|---|---|---|

Unsecured claimed: $5000000.00

**Total        claimed: $5000000.00**

*History:*

Details   21-1  06/02/2006 Claim #21 filed by Saul E. Kerpelman, Esq., total amount claimed: $5000000 (Meany, T )

*Description:* (21-1) Personal Injury/Wrongful Death

*Remarks:* (21-1) Darrell J. Plummer, Jr.